1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GREGORY V. BALDWIN,

11              Plaintiff,                    No. CIV S-09-0711 WBS GGH P
            vs.
12

13    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND REHABILITATION, et al.
14
            Defendants.              ORDER
15    _____/

16          The court, by separate order, has found plaintiff's complaint, filed on March 16,

17    2009, appropriate for service.  In a document entitled "motion for emergency injunctive relief,"

18    filed on May 13, 2009 (docket # 8), which the court construes as a motion for a temporary

19    restraining order, plaintiff avers that one of the named defendants, Officer Fannon, whom

20    plaintiff alleges is responsible for plaintiff's being in a wheelchair, continues to pose an

21    imminent threat to his safety and plaintiff seeks an immediate transfer.

22          Accordingly, IT IS ORDERED that:

23          1.  Defendants have ten (10) days to respond to plaintiff's request for immediate

24    injunctive relief.  The court intends to act on the request within two weeks.  There will be no

25    extension of time granted for defendants' response.

26          2.  The Attorney General and defendants must take any steps necessary to assure

1

1 that plaintiff is not at risk at High Desert State Prison and that his safety is not threatened.

2          3.  The Clerk of the Court is directed to serve a copy of the original complaint, a

3 copy of plaintiff's motion, filed on May 13, 2009, and a copy of this order upon Jennifer Neill,

4 Supervising Deputy Attorney General.

5 DATED: May 18, 2009

6

7                                        /s/ Gregory G. Hollows

8                                        GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

9
GGH:009
10 bald0711.ord

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26