IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY V. BALDWIN,

        Plaintiff,                   No. CIV S-09-0711 WBS GGH P

        vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.            ORDER
_____/

        Plaintiff, by Order, filed on May 18, 2009, was provisionally permitted to proceed in forma pauperis, but was directed to file further documentation to support his in forma pauperis request within thirty days. Plaintiff has subsequently provided a sufficient response timely and has thus discharged the court's order.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 5, 2009, application to proceed in forma pauperis (Docket No. 19) has discharged the Order, filed on May 18, 2009; plaintiff's request to proceed in forma pauperis is adequately supported and is fully granted.

DATED: June 16, 2009

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009/mp - bald0711.dsc