IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY V. BALDWIN,

    Plaintiff,                      No. CIV S-09-0711 WBS GGH P

    vs.

CA. DEPT. OF CORRECTIONS
AND REHABILITATION, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 18, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed May 18, 2009, are adopted in full;

2. The California Department of Corrections and Rehabilitation is dismissed as a defendant from this action with prejudice.

DATED: July 13, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

bald0711.801