IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY V. BALDWIN,

    Plaintiff,     No. CIV S-09-0711 WBS GGH P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al.,

    Defendants.     ORDER
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On June 10, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. The findings and recommendations filed June 10, 2009, are adopted in full; and

3      2. Plaintiff's motion for emergency injunctive relief, filed on 5/13/09 (docket # 8), seeking to be transferred to another prison facility, is DENIED.

DATED: July 22, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/bald0711.805