IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY V. BALDWIN,

    Plaintiff,                      No. CIV S-09-0711 WBS GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

    Defendants.            <u>ORDER</u>

/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On June 16, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Deputy Warden of High Desert State Prison and Acting Warden of High Desert State Prison was returned unserved because "unable to accept service without a name." Plaintiff must provide additional information, i.e., he must provide the names of the individuals who are employed as the Deputy Warden and Acting Warden at HDSP, in order for these defendants to be served. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff 2 USM-285 forms, along with an instruction sheet and a copy of the complaint filed March 16, 2009;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Three copies of the endorsed complaint filed March 16, 2009; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: September 1, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
bald0711.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY V. BALDWIN,

      Plaintiff,                                    No. CIV S-09-0711 WBS GGH P

     vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,                   NOTICE OF SUBMISSION

      Defendants.                          OF DOCUMENTS
_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____      completed summons form

      __2__      completed USM-285 forms

      __3__      copies of the March 16, 2009
                                   Complaint

DATED:

                                                            _____
                                                            Plaintiff