IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY BALDWIN,** | No. 2:09-cv-00711 WBS-GGH |
| Plaintiff, | **ORDER GRANTING MOTION TO TAKE PLAINTIFF'S DEPOSITION BY REMOTE MEANS** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

Good cause appearing, the motion of Defendants Barton, Fannon, Gray, Gower, and McDonald for an order to take Plaintiff's deposition by remote means is granted.

Defendants may take Plaintiff's deposition by video conference or telephone if their counsel is unable to personally appear at the deposition.

Dated:  May 25, 2011                                         /s/ Gregory G. Hollows

                                                                    United States Magistrate Judge

Bald0711.depo