IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY BALDWIN,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                              Defendants. | No. 2:09-cv-00711 WBS-GGH<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO VACATE DEADLINE TO FILE PRETRIAL MOTIONS** |

Good cause appearing, the motion of Defendants Barton, Fannon, Gray, Gower, and McDonald to vacate the deadline to file pretrial motions is granted.

The scheduling order of January 14, 2011 (ECF No. 59) is vacated.  The Court will issue a new scheduling order and deadline to file pretrial motions, except motions to compel discovery, after it rules on Plaintiff's pending motion to compel discovery (ECF No. 66).

IT IS SO ORDERED.

Dated:  November 9, 2011                    /s/ Gregory G. Hollows
   _____                          United States Magistrate Judge

Bald0711.ord3

1