IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREGORY V. BALDWIN,

      Plaintiffs,                    No. CIV S 09-0711 KJM AC P

     v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,      ORDER

      Defendants.

_____/

      Plaintiff, a state prison inmate proceeding pro se with a civil rights action, has made a motion for the appointment of counsel. Good cause appearing, the court GRANTS the motion and refers the case to Sujean Park, the court's pro bono coordinator.

      In addition, the court vacates the date for filing pretrial statements and pretrial conference currently set on March 1, 2013 before the magistrate judge. Pretrial conference will be held on April 18, 2013 at 3:30 p.m. in Courtroom 3; a joint pretrial statement is due no later than April 4, 2013.

      IT IS SO ORDERED.

DATED: January 23, 2013.

                                                UNITED STATES DISTRICT JUDGE

1