IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREGORY V. BALDWIN,

        Plaintiff,                    No. CIV S 09-0711 KJM AC P

        v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.               <u>APPOINTMENT ORDER</u>

_____/

        Plaintiff Gregory Baldwin is a California state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983.  On October 31, 2012, plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1).  (ECF No. 91)  On January 24, 2013, this court granted plaintiff's motion for appointment of pro bono counsel and re-set the pretrial conference date.  (ECF No. 95)  Randall Haimovici, Amir Nassihi and Rachael Smith have been selected from the court's pro bono attorney panel and have accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Randall Haimovici, Amir Nassihi and Rachael Smith are appointed as pro bono counsel in this matter.

/////

1

2. Counsel shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if they have any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon plaintiff and upon Randall Haimovici, Amir Nassihi and Rachael Smith, Shook Hardy & Bacon, LLP, 1 Montgomery Street, Suite 2700, San Francisco, California 94104.

DATED: February 12, 2013.

_____
UNITED STATES DISTRICT JUDGE