UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY BALDWIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>    Defendant. | Case No. 2:09-cv-00711 KJM-AC<br><br>~~PROPOSED~~ **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF GREGORY BALDWIN AT TRIAL**<br><br>Trial Date:   October 6, 2014<br>Time:          9:00 a.m.<br>Place:         Courtroom 3 |

    Plaintiff Gregory Baldwin, CDCR Inmate No. P55718, is a party and a necessary and material witness to the trial scheduled to take place before the Honorable Kimberly J. Mueller, beginning on October 6, 2014 at 9:00 a.m. in Courtroom 3 of the United States District Court of the Eastern District of California, 501 I Street, Sacramento, California 95814.

    Plaintiff is currently confined at Valley State Prison, located at 21633 Avenue 24, Chowchilla, California 93610, in the custody of Warden Ron Davis.

    In order to secure Plaintiff's attendance at trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, commanding Plaintiff's custodian to transfer him to this Court and to produce him for trial beginning on October 6, 2014 and continuing day to day until such proceedings are complete or as otherwise ordered by the Court.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding Warden Ron Davis to transfer Gregory Baldwin, CDCR Inmate No. P55718, to Courtroom 3 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, on October 6, 2014 by 9:00 a.m. for trial and on each day thereafter until the completion of this proceeding or as otherwise ordered by the Court.

2. The custodian is further ordered to notify the Court of any change in the custody of Plaintiff, and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:   Warden Ron Davis, 21633 Avenue 24, Chowchilla, California 93610, and/or such other individual as may be the custodian of Gregory Baldwin:

YOU ARE ORDERED to produce Gregory Baldwin, CDCR Inmate No. P55718, to Courtroom 3 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, on October 6, 2014 by 9:00 a.m. for trial and on each day thereafter until the completion of this proceeding or as otherwise ordered by the Court.

FURTHER, you have been ordered to notify the Court of any change in the custody of Gregory Baldwin, and are ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: September 15, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE