UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BALDWIN,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Civ. No. 2:09-cv-00711 KJM AC<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE WITNESS GORDON BRUCE AT TRIAL |

    Witness Gordon Bruce, CDCR Inmate No. T53273, is a necessary and material witness to the trial scheduled to take place before the Honorable Kimberly J. Mueller, beginning on October 6, 2014 at 9:00 a.m. in Courtroom 3 of the United States District Court of the Eastern District of California, 501 I Street, Sacramento, California 95814.

    Gordon Bruce is currently confined at California Substance Abuse Treatment and State Prison, Corcoran, located at 900 Quebec Avenue, California 93212, in the custody of Warden Stu Sherman.

    In order to secure Mr. Bruce's attendance at trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, commanding his custodian to transfer him to this Court and to produce him for trial beginning on October 6, 2014 and continuing day to day until such proceedings are complete or as otherwise ordered by the Court.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding Warden Stu Sherman to transfer Gordon Bruce, CDCR Inmate No. T53273, to Courtroom 3 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, on October 6, 2014 by 9:00 a.m. for trial and on each day thereafter until the completion of this proceeding or as otherwise ordered by the Court.

2. The custodian is further ordered to notify the Court of any change in the custody of Plaintiff, and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671. The Clerk of the Court is also directed to notify the California Substance Abuse Treatment Facility via facsimile at (559) 992-7103.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: Warden Stu Sherman, 900 Quebec Avenue, Corcoran, California 93212, and/or such other individual as may be the custodian of Gordon Bruce:

YOU ARE ORDERED to produce Gordon Bruce, CDCR Inmate No. T53273, to Courtroom 3 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, on October 6, 2014 by 9:00 a.m. for trial and on each day thereafter until the completion of this proceeding or as otherwise ordered by the Court.

FURTHER, you have been ordered to notify the Court of any change in the custody of Gregory Baldwin, and are ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: 10/2/14

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE

2