UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY V. BALDWIN, | No. 2:09-cv-00711-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| J. FANNON, et al., | |
| Defendants. | |

A jury trial was conducted in this case on October 6 through 9, 2014. *See* Minutes, ECF Nos. 155, 156, 158, 161. On October 9, 2014, the jury returned a unanimous verdict in favor of the defendants, Verdict, ECF No. 163, and a judgment was entered on October 15, 2014, ECF No. 166. On October 27, 2014, plaintiff Gregory Baldwin filed a notice of appeal. ECF No. 167. Mr. Baldwin appeals "the Judgment of the Jury denying [him] punitive damages and dismissing the action with prejudice." *Id.* at 1. On December 1, 2014, Mr. Baldwin also filed a request for transcripts at government expense. ECF No. 170. Although Mr. Baldwin was represented at trial, his notice of appeal and request for transcripts at government expense were filed without representation.

A litigant proceeding *in forma pauperis* may move for the production of transcripts at government expense "if the trial judge or a circuit judge certifies that the appeal is

1

1  not frivolous (but presents a substantial question)." 28 U.S.C. § 753(f).  *See also* 28 U.S.C.

2  § 1915(c) (defining circumstances in which the court can direct the government to pay for

3  transcript requests).  Such a request is granted only if "the appeal presents a substantial issue."

4  *Henderson v. United States*, 734 F.2d 483, 484 (9th Cir. 1984).

5     Here, the court can find no substantial issue or question in the appeal.  Mr.

6  Baldwin's notice of appeal and request for transcripts also provide no justification or argument.

7  The request is DENIED.  Any further relief must be sought from the United States Court of

8  Appeals for the Ninth Circuit.

9     IT IS SO ORDERED.

10  DATED: May 19, 2015.

                  _____
                  UNITED STATES DISTRICT JUDGE